476 A.2d 61

Commonwealth v. Jennings, Appellant.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

 Argued October 27, 1983. Terrence P. Cavanaugh, for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.